**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **3:10-CR-160** |
| **v.** | ) | **JUDGE VARLAN** |
| | ) | |
| **SANDRA KINCAID,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO DISMISS**

Counsel for defendant, moves the Court to dismiss the Emergency Motion to Re-Open Compassionate Release Motion that was filed in this cause on July 15, 2020. Counsel was informed last evening that Ms. Kincaid had passed away shortly before the filing of the emergency motion.

Respectfully submitted this 16th day of July, 2020.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By *s/Elizabeth B. Ford*
        Elizabeth B. Ford
        BOPR No. 5041
        Community Defender
        800 S. Gay St, Suite 2400
        Knoxville, Tennessee 37929
        (865) 637-7979

**<u>Certificate of Service</u>**

I HEREBY CERTIFY that on July 16, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

_____*/sElizabeth B. Ford*_____
Elizabeth B. Ford
Community Defender

2